IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                          CRIMINAL NO.: 5:17-cr-00001-DCB-LGI

DONYALE JERREL HOLLOWAY

**ORDER GRANTING MOTION TO DISMISS DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE WITHOUT PREJUDICE**

This matter having come before the Court for consideration, pursuant to Defendant's Motion to Dismiss Motion for Compassionate Release without Prejudice [Doc. 221], and the Court being advised that the Government has no objection to the motion, finds the motion to be well-taken and in the interest of justice.

IT IS THEREFORE, ORDERED AND ADJUDGED that Defendant's Motion to Dismiss [Doc. 221] is granted, and Defendant's *pro se* Motion for Compassionate Release [Doc. 213] is dismissed *without prejudice*.

SO ORDERED AND ADJUDGED this the 15th day of January, 2021.

 s/David Bramlette
Hon. David C. Bramlette, III
United States District Judge

AGREED:

/s/ R. Thomas Rich
R. Thomas Rich
*Attorney for Donyale Jerrel Holloway*

/s/ Erin O. Chalk
Erin O. Chalk
*Assistant United States Attorney*