IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

-----------------------------------------------------------------x

UNITED STATES OF AMERICA

      *Plaintiff*,               Case No. 5:17-cr-00001-DCB-LGI-1

      - v. -

DONYALE JERREL HOLLOWAY,

      *Defendant*.

-----------------------------------------------------------------x

## ORDER

On this date came on to be considered Defendant's Motion to File Under Seal and said motion is hereby Granted.

SIGNED, this  24th  day of  January , 2023.

                                               s/David Bramlette
                                               DAVID BRAMLETTE
                                               UNITED STATES DISTRICT JUDGE